IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEWIS EDWARD LARSON,

        Plaintiff,

   v.

BRIAN COOK, et al.,

        Defendants.

Civ. No. 10-218-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court makes a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    Here, plaintiff objects to the Report and Recommendation, so

1 - ORDER

I have reviewed this matter <u>de novo</u>. I agree with Judge Clarke that plaintiff cannot show a violation of his due process or equal protection rights based on the loss of a prison job. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

**CONCLUSION**

Magistrate Judge Clarke's Report and Recommendation (#29) is adopted. Defendants' motion to dismiss (#21) is granted with prejudice.

IT IS SO ORDERED.

DATED this ___19___ day of January, 2010.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER